STATE OF NEW JERSEY v. ROSCOE SCHELL.

June 4, 1975. Petition for certification denied.

TRI TERMINAL CORPORATION v.
BOROUGH OF EDGEWATER.

June 4, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. NORMAN RAGLAND.

June 4, 1975. Petition for certification denied.

LEONARD M. DESSEL v. JULIUS DESSEL.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL A. SCHNUR.

June 4, 1975. Petition for certification denied.

ROSALIE DAVIS v. EDWARD PECORINO.

June 4, 1975. Petition for certification granted.